474 A.2d 660

Commonwealth v. Turner, Appellant.

Submitted November 4, 1983. Robert F. Pappano, Assistant Public Defender, for appellant; Dennis C. McAndrews, Assistant District Attorney, for appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence is affirmed.